**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2022
```

| | | |
|---|---|---|
| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Eric Proshansky<br>*Assistant Corporation Counsel*<br>*telephone* (212) 356.2032<br>*facsimile* (212) 356.2038<br>eproshan@law.nyc.gov |

May 10, 2022

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
New York, New York 10007

      RE:    *The City of New York v. Philadelphia Indemnity Ins. Co.,*
               Civil Action No.: 22-cv-2248 (VEC)

Dear Judge Caproni:

      This office represents the City of New York ("City") in this matter. As Your Honor may recall, the Court has scheduled a preliminary conference in this matter for May 23, 2022, which now precedes the May 24, 2022 date on which Philadelphia must respond to the amended complaint. In addition, I will be returning from an overseas trip on May 23rd during the time slated for the conference.

      With Philadelphia's consent, the City respectfully requests an adjournment of the preliminary conference to a date convenient to the Court. This is the first such request.

      Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            s/

                                            Eric Proshansky

      cc        All counsel (by ecf)

---

Application GRANTED. The initial pre-trial conference scheduled for May 20, 2022, is hereby ADJOURNED to **Friday, May 27, 2022 at 10:30 a.m.** The parties' joint submissions are due by no later than **Thursday, May 19, 2022.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 2248. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

*[signature: Valerie Caproni]*                       Date: 5/10/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE