```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE CITY OF NEW YORK, and THE BOARD          :
OF EDUCATION OF THE CITY SCHOOL              :
DISTRICT OF THE CITY OF NEW YORK,            :
                                             :
                            Plaintiffs,      :          22-cv-2248 (VEC)
                                             :
              -against-                      :
                                             :                ORDER
PHILADELPHIA INDEMNITY INSURANCE             :
COMPANY,                                     :
                                             :
                            Defendant.       :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on May 27, 2022, the Court held an initial pretrial conference.

        IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is due by no

later than **September 9, 2022**.

        IT IS FURTHER ORDERED that the deadline for Defendant's response and cross-

motion for summary judgment is **October 7, 2022**.

        IT IS FURTHER ORDERED that the deadline for Plaintiff's reply and response to

Defendant's cross-motion is **November 4, 2022**.

        IT IS FURTHER ORDERED that the deadline for Defendant's reply in support of its

cross-motion is **November 18, 2022**.

**SO ORDERED.**

**Date:  May 27, 2022**                        _____
**        New York, New York**                        **VALERIE CAPRONI**
                                               **United States District Judge**