**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE CITY OF NEW YORK and THE BOARD
OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                    Plaintiff,                22 **CIVIL** 2248 (VEC)

      -against-                  **JUDGMENT**

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2023, Plaintiffs' motion for summary judgment is GRANTED. Defendant's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         July 10, 2023

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

               **BY:**

                                                        **Deputy Clerk**