# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2023

THE CITY OF NEW YORK and THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CIT OF NEW YORK

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:22 CV 02248 ( VEC )(   )

-against-

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on _7/10/23_ but did not file a notice of appeal within the required time period because:

Attempted to file Notice of Appeal on August 1, 2023, but advised on August 17, 2023 of issue with upload of Notice of Appeal to SDNY system and that filing not complete. We were advised by the Second Circuit Clerk's office to re-upload the Notice of Appeal with proof of payment on August 1, 2023 which is attached for this Court's reference.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

8/17/23
Dated:

_[signature]_
Signature

Lilling, Caryn, M.
Name (Last, First, MI)

100 Crossways Park Drive West, Suite 310, Woodbury, NY 11997
Address / City / State / Zip Code

(516) 487-5800
Telephone Number

clilling@mlnappeals.com
E-mail Address (if available)

Rev. 3/27/15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK and THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:22 CV 2448 ( )( )

-against-

**NOTICE OF APPEAL**

PHILADELPHIA INDEMNITY INSURANCE COMPANY

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: PHILADELPHIA INDEMNITY INSURANCE COMPANY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: 7/10/23

(date that judgment or order was entered on docket)

that: Denied defendant's motion for summary judgment.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 1, 2023
Dated

Signature*

Lilling, Caryn, M.
Name (Last, First, MI)

100 Crossways Park Drive West, Suite 310, Woodbury, NY 11797
Address      City      State      Zip Code

(516) 487-5800            clilling@mlnappeals.com
Telephone Number          E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13

# Yesenia Rodriguez

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, August 1, 2023 3:58 PM |
| **To:** | Support.Staff |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT |

CAUTION: External Email.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 4452357
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $505.00
Tracking Id: ANYSDC-28085910
Approval Code: 162268
Card Number: ************1113
Date/Time: 08/01/2023 03:57:37 ET

NOTE: This is an automated message. Please do not reply

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 8/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE